STATEMENT OF FACTS

     On Friday, July 15, 2005, at about 8:12 a.m., sworn officers with the Metropolitan Police Department's Major Narcotics Branch executed a D.C. Superior Court search warrant at xxxx Xxxxxxxx Xxxxxx, X.X., #x, Washington, D.C. Once officers gained entry into the apartment, they saw the defendant, Ty Edwardo Clark, beside the pull out bed, in the living room of the apartment. Recovered from on the bed, was ziplock bags containing approximately 12 grams of a rock-like substance. Also recovered from an area not far from the bed was a laundry bag with a priority mail package containing a plastic bag with 2 ziplocks containing approximately 117 grams of a green weed-like substance and court papers in the defendant's name. Also recovered from the laundry bag was a gray sock with a plastic bag containing approximately 14.8 grams of rock-like substance, and a white sock with approximately $980.00 in U.S. Currency. The rock-like substance appeared to be crack cocaine. Further search of the apartment revealed a shotgun shell on the dining room table, a b.b. gun in the living room, and a clear and a green storage bin containing numerous empty ziplocks in the living room. A portion of the rock-like substance field tested positive for cocaine, and a portion of the green weed-like substance field tested positive for THC. The court papers recovered, all list the above address as the defendant's residence. Officers learned that defendant stays in the living room area of the apartment, from the defendant's stepfather, who is the leasee of the apartment. Officers placed the defendant under arrest. The approximate weight of the suspected crack cocaine is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

                                          DETECTIVE LAVINIA QUIGLEY
                                          MAJOR NARCOTICS BRANCH, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF JULY, 2005.

                                          U.S. MAGISTRATE JUDGE